# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ENTERPRISE MARINE SERVICES LLC**<br><br>**VERSUS**<br><br>**DUNHILL PRODUCTS, L.L.C.** | **CIVIL ACTION**<br><br>**NO.**<br><br>**SECTION " "**<br>**JUDGE**<br><br>**MAGISTRATE JUDGE " "** |

## PETITION ON OPEN ACCOUNT

I.

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1333. This is an admiralty or maritime claim within the meaning of Rule 9(h). This Court has personal jurisdiction pursuant to Louisiana's Long-arm Statute, La Rev. Stat. § 13:3201. Venue is proper in this district pursuant to 28 U.S.C. §1391.

II.

The Louisiana Civil Code Revised Statutes apply to this *Petition on Open Account* because there is no established general maritime law rule on the particular issue.

III.

Defendant Dunhill Products, L.L.C., incorporated in the State of Florida with its principal place of business in Houston, Texas, is justly and truly indebted to Petitioner Enterprise Marine Services LLC in the amount of $113,029.28; together with legal interest until finally paid, reasonable attorney's fees, and all costs of these proceedings.

IV.

Defendant maintained an open account with Petitioner for services rendered; specifically, for the transport of Plaintiff's fuel product by Defendant's vessels and barges. Defendant incurred charges as set forth on the itemized statement of account of Aged Receivables and individual invoices 205256, 205257, 205334, 205336, 206044, 206068, attached and incorporated by reference as Exhibit 1.

V.

Despite repeated amicable demand, Defendant has not paid the balance due on this account. See Exhibit 2.

VI.

More than thirty (30) days have passed since the certified mailing of notice to Defendant, which correctly set forth the amount owed. Defendant is therefore liable unto Plaintiff for Plaintiff's reasonable attorney's fees for bringing this action pursuant to Louisiana's Open Account Statute, La. Rev. Stat. 9:2781.

**WHEREFORE**, Plaintiff Enterprise Marine Services LLC prays that judgment is entered in its favor and against Defendant Dunhill Products, L.L.C. in the full and true amount of $113,029.28; together with legal interest until finally paid, reasonable attorney's fees, and all costs of these proceedings, and for any other and further legal and equitable relief as the Court deems necessary and proper.

Respectfully submitted on September 29, 2010.

                WAITS, EMMETT & POPP, L.L.C.

                s/Jordan N. Teich
                RANDOLPH J. WAITS (13157) T.A.
                JOHN F. EMMETT  (1861)
                JORDAN N. TEICH (32254)
                1515 Poydras Street, Suite 1950
                New Orleans, Louisiana  70112
                Telephone:   (504) 581-1301
                Facsimile:   (504) 585-1796
                E-mail:   jteich@wep-law.com

## CERTIFICATE OF SERVICE

I hereby certify that to the best of my knowledge all counsel of record consent to and participate in receiving electronic notification from the CM/ECF system, and that the Clerk of the Court for the Eastern District of Louisiana, using the CM/ECF system, will electronically send notification of the filing of this pleading to all counsel of record.

                s/Jordan N. Teich
                JORDAN N. TEICH

**Please serve By Certified Mail Pursuant**
 **to the Louisiana Long Arm Statute:**

**Dunhill Products, L.L.C.**
**7026 Old Katy Road**
**Suite 249**
**Houston, TX 77024**