UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ENTERPRISE MARINE SERVICES, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 10-3310 |
| DUNHILL PRODUCTS, L.L.C. | SECTION "C"  (1) |

ORDER AND REASONS

IT IS ORDERED that the motion for summary judgment filed by Enterprise Marine Services, L.L.C. is DENIED without prejudice. Rec. Doc. 22. The amount sought in this motion and in the petition on open account is $113,029.28, with legal interest and reasonable attorney's fees. However, proof in the form of invoices totaling only $103,716.89 are provided with the original petition and this motion.[1] Although the defendant does not address either amount in its opposition, it argues only that a settlement agreement was signed without alleging or proving that any settlement agreement was made part of the record in this matter or is otherwise enforceable by the

---

[1] The Court makes no finding as to what amount may actually be owed, only what the proof details.

defendant. The Court notes that after filing its opposition to this motion, the defendant amended its answer to claim release and res judicata, but has not provided any legal argument as to the effect of that amendment with regard to this motion and petition under the circumstances reflected by the record. In addition, the defendant has not provided an affidavit as to whether it has met its obligations under the settlement agreement it seeks to enforce.

The parties are encouraged to meet with the Magistrate Judge.

New Orleans, Louisiana, this 19th of July, 2011.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT